# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT T. WALKER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:15-cv-00514-JAD-PAL |
| STEVE ERVIN et al., | )<br>)   **ORDER** |
| Defendants. | )<br>) |

## I. DISCUSSION

On July 7, 2015, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity meet with a court-appointed mediator. (*See* ECF No. 2). On October 2, 2015, Defendants filed a motion for an extension of time to file their status report because no early mediation conference has been set. (ECF No. 6 at 1-2). Defendants seek an extension of time to extend the stay and file their status report 14 days after the early mediation conference. (*Id.* at 2).

The Court grants the motion for an extension of time. The stay is extended until 14 days after the early mediation conference. Additionally, Defendants shall file their status report no later than 14 days after the early mediation conference.

///
///
///
///
///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is granted. Defendants shall file their status report no later than 14 days after the early mediation conference.

DATED: This 27th day of October, 2015.

_____
United States Magistrate Judge

2